# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1642
_____

TALON GLENN NEAL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Union County.
Mitchell D. Bishop, Judge.

May 8, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROBERTS, and ROWE JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Stacy A. Scott, Public Defender, David P. Salter, Assistant Public Defender, Starke, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.